UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BRAD ORTEGO** | **:** | **CIVIL ACTION NO. 2:23-CV-01334** |
| **VERSUS** | **:** | **JUDGE JAMES D. CAIN, JR.** |
| **LYONDELLBASELL INC., ET AL.** | **:** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

The Report and Recommendation [doc. 22] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that Plaintiff's Motion to Remand [doc. 9] be and is hereby **DENIED**.

**IT IS FURTHER ORDERED** that non-diverse defendants **TONY WOOD**, **MARK MITCHELL**, **ZACK THOMPSON**, **JAMIE WEST**, **ANDY LANIER**, **LUKE FONTENOT**, and **TRISTAN HAGER** be and are hereby dismissed from this action without prejudice.

THUS DONE AND SIGNED in Chambers this 1st day of July, 2024.

*[signature]*

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**